## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CASE NO. 19-68019-LRC |
| | ) | |
| ALLEN LAURENCE RICHARDSON | ) | CHAPTER 13 |
| | ) | |
| Debtor. | ) | |

### MOTION TO EXTEND AUTOMATIC STAY

COMES NOW Debtor, Allen Laurence Richardson, and asks this Court to extend the automatic stay of 11 U.S.C. Section 362(a) in this Chapter 13 Bankruptcy Case against all Creditors and show the Court the following:

1.

On November 8, 2019, Debtor filed a Voluntary Petition for Bankruptcy relief under Title 11, Chapter 13 of the United States Code.

2.

Debtor has filed a previous Chapter 13 bankruptcy case, bringing it within 11 U.S.C. Section 362(c)(3). Case No. 19-51973 was filed on February 4, 2019 (the "First Case") and dismissed on September 6 2019.

3.

Debtor's First Case was dismissed for failure to catch up a delinquency after a 20 day status. During the pendency of the First Case, Debtor was also involved in a Chapter 11 case filed for his business (Case No l7-72345-PWB) and had to use personal funds to take care of necessary expenses involved with the business in an effort to maintain the Chapter 11 case. As a result, he fell behind on his personal Chapter 13 bankruptcy payments and residential lease payments. The Chapter 11 case has now been completed, and Debtor is now in a better position to resolve his personal debts. Additionally, Debtor's wife has started a small business of her own and as a result of that additional household income, he believes he can successfully pay the Chapter 13 plan payments going forward.

4.

Debtor filed the instant case to prevent a repossession of his vehicle and to prevent the foreclosure of his rental properties. Extending the automatic stay will help Debtor prevent a repossession of his vehicle, and allow him to resume payments for the mortgages and property taxes for his rental properties as well as also allow him to address his other personal debts.

5.

Debtor has filed the instant case in good faith.  Debtor asks the Court to find that the presumption that the instant case was not filed in good faith has been rebutted by clear and convincing evidence, as outlined above, and extend the automatic stay.  Debtor asks the Court to allow him the opportunity to be successful in his current Chapter 13 case.

WHEREFORE, Debtor prays that this motion be granted and that the automatic stay of 11 U.S.C. Section 362(a) be extended against all creditors.

Dated this 11th day of November 2019.

    Respectfully Submitted,
    ___/s/_____
    Howard Slomka, Esq.
    Georgia Bar # 652875
    Slipakoff & Slomka, PC
    Attorney for Debtor
    3350 Riverwood Parkway
    Suite 2100
    Atlanta, GA 30339
    404-800-4001
    se@myatllaw.com

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | CASE NO. 19-68019-LRC |
| | ) | |
| ALLEN LAURENCE RICHARDSON | ) | CHAPTER 13 |
| | ) | |
| Debtor. | ) | |

**NOTICE OF HEARING**

**PLEASE TAKE NOTICE** that Allen Laurence Richardson has filed a Motion to Extend Automatic Stay and related papers with the Court seeking an Order on the Motion to Extend Automatic Stay.

**PLEASE TAKE FURTHER NOTICE** that the Court will hold a hearing on the Motion to Extend Automatic Stay in **Courtroom 1204, United States Courthouse, 75 Ted Turner Drive, S.W., Atlanta, Georgia 30303 at 1:45 P.M. on December 3, 2019**.

Your rights may be affected by the court's ruling on these pleadings. You should read these pleadings carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one). If you do not want the court to grant the relief sought in these pleadings or if you want the court to consider your view, then you and/or your attorney must attend the hearing. You may also file a written response to the pleadings with the Clerk at the address stated below, but you are not required to do so. If you file a written response, you must attach a certificate stating when, how and on whom (including addresses) you served the response. Mail or deliver your response so that it is received by the Clerk at least two business days before the hearing. The address of the Clerk's Office is: Clerk, U.S. Bankruptcy Court, Suite 1340, 75 Ted Turner Drive, SW, Atlanta, Georgia 30303. You must also mail a copy of your response to the undersigned at the address stated below.

Dated: November 12, 2019

                                                                                          /s/
                                                          Howard Slomka, Esq.
                                                          Georgia Bar # 652875
                                                          Slipakoff & Slomka, PC
                                                          Attorney for Debtor
                                                          3350 Riverwood Parkway
                                                          Suite 2100
                                                          Atlanta, GA 30339
                                                          404-800-4001
                                                          se@myatllaw.com

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | CASE NO. 19-68019-LRC |
| | ) | |
| ALLEN LAURENCE RICHARDSON | ) | CHAPTER 13 |
| | ) | |
| Debtor. | ) | |

**CERTIFICATE OF SERVICE**

I, Howard Slomka, attorney for Debtor, certify that the below listed parties and the attached service list have been served with a true and correct copy of the attached pleadings by placing a copy of same in a properly addressed envelope with adequate postage thereon and deposited in the United States Mail.

Melissa J. Davey (via ECF)
Standing Ch 13 Trustee
Suite 200
260 Peachtree Street, NW
Atlanta, GA 30303

Allen Laurence Richardson (via hand delivery)
574 Haralson Drive SW
Lilburn, GA 30047

SEE ATTACHED FOR ADDITIONAL CREDITORS

Dated: November 12, 2019

____/s/_____
Howard Slomka, Esq.
Georgia Bar # 652875
Slipakoff & Slomka, PC
Attorney for Debtor
3350 Riverwood Parkway
Suite 2100
Atlanta, GA 30339
404-800-4001
se@myatllaw.com

```
Label Matrix for local noticing         (p)ASCENDIUM EDUCATION SOLUTIONS INC     Atlanta Gas Light
113E-1                                  2501 INTERNATIONAL LANE                  10 Peachtree Pl NE
Case 19-68019-lrc                       MADISON WI 53704-3180                    Atlanta, GA 30309-4415
Northern District of Georgia
Atlanta
Tue Nov 12 18:14:45 EST 2019

Capital One Bank Usa N                  Capital Restoration                      (p)CARTER YOUNG INC
Po Box 30281                            819 Pickens Industrial Drive N           882 N MAIN STREET
Salt Lake City, UT 84130-0281           Marietta, GA 30062-3159                  SUITE 120
                                                                                 CONYERS GA 30012-4442


City of Milwaukee                       Credit Management Lp                     Melissa J. Davey
Office of Treasurer                     P.o. Box 118288                          Melissa J. Davey, Standing Ch 13 Trustee
PO Box 78776                            Carrollton, TX 75011-8288                Suite 200
Milwaukee, WI 53278-8703                                                         260 Peachtree Street, NW
                                                                                 Atlanta, GA 30303-1236


Dept Of Education/neln                  Discover Fin Svcs Llc                    (p)EDUCATORS CREDIT UNION
3015 Parker Rd                          Po Box 15316                             1326 WILLOW RD
Aurora, CO 80014-2904                   Wilmington, DE 19850-5316                MOUNT PLEASANT WI 53177-1917


Finance Sys                             First Premier Bank                       Fred Meyer-fox/cbna
301 N Jackson                           601 S Minnesota Ave                      Po Box 6497
Green Bay, WI 54301-4938                Sioux Falls, SD 57104-4868               Sioux Falls, SD 57117-6497


(p)GEORGIA DEPARTMENT OF REVENUE        Home Partners of America                 Internal Revenue Service
COMPLIANCE DIVISION                     180 N. Stetson Ave                       PO Box 7346
ARCS BANKRUPTCY                         Suite 3650                               Philadelphia, PA 19101-7346
1800 CENTURY BLVD NE SUITE 9100         Chicago, IL 60601-6709
ATLANTA GA 30345-3202

Invitation Homes                        Jh Portfolio Debt Equi                   Kohls/capone
8601 Dunwoody Place                     5757 Phantom Drive                       N56 W 17000 Ridgewood Dr
Ste 520                                 Hazelwood, MO 63042-2415                 Menomonee Falls, WI 53051-7096
Atlanta, GA 30350-2551


(p)LANDMARK CREDIT UNION                Lvnv Funding Llc                         Medicredit, Inc
P O BOX 510870                          C/o Resurgent Capital Services           Po Box 1629
NEW BERLIN WI 53151-0870                Greenville, SC 29602                     Maryland Heights, MO 63043-0629


Navient                                 Nc Financial                             Onemain
123 S Justison St                       175 W Jackson Blvd                       Po Box 1010
Wilmington, DE 19801-5363               Chicago, IL 60604-2615                   Evansville, IN 47706-1010


PRA Receivables Management, LLC         Peerform Inc                             Phoenix Financial Serv
PO Box 41021                            711 3rd Avenue                           8902 Otis Ave
Norfolk, VA 23541-1021                  New York, NY 10017-4029                  Indianapolis, IN 46216-1077
```

```
(p)PLAZA SERVICES   LLC                 Quantum3 Group LLC as agent for         Quantum3 Group LLC as agent for JHPDE Financ
ATTN MANNY WILLIAMS                     JH Met Subsidiary B Liquidating Trust LL PO Box 788
110 HAMMOND DRIVE                       PO Box 788                              Kirkland, WA 98083-0788
SUITE 110                               Kirkland, WA  98083-0788
ATLANTA GA 30328-4806


(p)REPUBLIC FINANCE LLC                 Allen Laurence Richardson               Second Round Lp
282 TOWER RD                            574 Haralson Drive SW                   4150 Friedrich Lane Suit
PONCHATOULA LA 70454-8318               Lilburn, GA 30047-5377                  Austin, TX 78744-1052



Selene Finance Lp                       Howard P. Slomka                        Snap Finance
9990 Richmond Ave Ste 40                Slipakoff & Slomka, PC                  1760 W. 2100 S
Houston, TX 77042-4559                  Suite 2100                              #26561
                                        3350 Riverwood Parkway                  Salt Lake City, UT 84199-9995
                                        Atlanta, GA 30339-3363


(p)SPRINT NEXTEL CORRESPONDENCE         Syncb/amazon                            Syncb/jcp
ATTN BANKRUPTCY DEPT                    Po Box 965015                           Po Box 965007
PO BOX 7949                             Orlando, FL 32896-5015                  Orlando, FL 32896-5007
OVERLAND PARK KS 66207-0949



Syncb/sams Club                         Syncb/tjx Cos                           Syncb/walmart
Po Box 965005                           Po Box 965015                           Po Box 965024
Orlando, FL 32896-5005                  Orlando, FL 32896-5015                  Orlando, FL 32896-5024



Synchrony Bank                          Thd/cbna                                USAA Federal Bank
c/o PRA Receivables Management, LLC     Po Box 6497                             9800 Fredericksburg
PO Box 41021                            Sioux Falls, SD 57117-6497              San Antonio, TX 78288-0002
Norfolk, VA 23541-1021



United States Attorney                  Usaa Savings Bank                       Usaa Savings Bank
Northern District of Georgia            10750 Mc Dermott                        10750 Mcdermott
75 Ted Turner Drive SW, Suite 600       San Antonio, TX 78288-1600              San Antonio, TX 78288-1600
Atlanta GA 30303-3309



Walton EMC                              We Energies
PO BOX 260                              333 W Everett
Monroe, GA 30655-0260                   Milwaukee, WI 53203-2803
```

               The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
               by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
Ascendium Education Solutions, Inc      Carter-young                            Educators Credit Union
PO Box 8961                             882 N Main St                           1400 N Newman Rd
Madison WI 53708-8961                   Conyers, GA 30012                       Racine, WI 53406
```

```
(d)Educators Credit Union          Georgia Department of Revenue      Landmark Credit Union
4215 Green Bay Road                1800 Century Blvd                  4000 S. 27th Street
Kenosha, WI 53144                  Suite 17200                        Milwaukee, WI 53221
                                   Atlanta, GA 30345


Plaza Service                      Republic Finance                   Sprint
110 Hammond Drive Suite 110        1525 E Park Place Blvd S           PO Box 4191
Atlanta, GA 30328                  Stone Mountain, GA 30087           Carol Stream, IL 60197-4191




End of Label Matrix
Mailable recipients    52
Bypassed recipients     0
Total                  52
```