UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | CHAPTER 13 |
| ALLEN LAURENCE RICHARDSON ) | CASE NO.: 19-68019-LRC |
| ) | |
| ) | |
| DEBTOR. ) | |

**CHAPTER 13 TRUSTEE'S
OBJECTION TO CONFIRMATION & MOTION TO DISMISS**

Melissa J. Davey, Chapter 13 Trustee, objects to confirmation of the plan and moves to dismiss this case pursuant to 11 U.S.C. Section 1307(c) for the following reasons:

1.      The plan as proposed will extend beyond sixty (60) months, contrary to 11 U.S.C. Section 1322(d).

2.      In accordance with General Order Nos. 18-2015 and/or 22-2017 and the Statement of Rights and Responsibilities, the Debtor's attorney should timely provide proof of Debtor's $5,450.00 per month self employment income and Debtor's non filing spouse's $800.00 per month self employment income to the Chapter 13 Trustee. 11 U.S.C. Sections 521(a)(1), 1325(a)(3), 1325(a)(6), 1325(b)(1)(B) and Bankruptcy Rule 1007.

3.      The Debtor has failed to provide the Trustee with a copy of the federal income tax return for the most recent tax year ending immediately before the commencement of the instant case in violation of 11 U.S.C. Section 521(e)(2)(A)(i).

4.      The Plan appears to be infeasible, as Debtor has failed to pay the post-petition monthly mortgage payments for 2979 North 54th Street Milwaukee, WI. 11 U.S.C. Section 1325(a)(6).

5.      Due to a change in circumstances since filing, Schedules I and J do not correctly reflect the current financial situation, preventing the Trustee from evaluating feasibility. 11 U.S.C. Section 1325(a)(6). Pursuant to Debtor's testimony, Debtor's $300.00 per month food stamp income will end in December 2019.

6.      The Chapter 13 Plan fails to provide treatment of the filed secured claim of the United States Department of Housing & Urban Development in violation of 11 U.S.C. Sections 1322(a)(2) or 1325(a)(5).

7. The Chapter 13 plan proposes to pay $6,000.00 to the Debtor's Attorney for payment of attorney fees. The Trustee is unable to determine whether this is a reasonable fee and would request that Debtor's counsel appear at confirmation and be prepared to present evidence to the Court regarding the reasonableness of the requested fee.

Wherefore, the Trustee moves this Honorable Court to consider the above objections at the confirmation hearing, deny confirmation of the Chapter 13 plan, dismiss the case pursuant to 11 U.S.C. Section 1307(c), and for such other and further relief that this Court deems just and proper.

Dated: December 27, 2019

/s/Delaycee Rowland
Delaycee Rowland
Attorney for the Chapter 13 Trustee
GA Bar No. 773359
260 Peachtree Street, NW, Suite 200
Atlanta, GA 30303
Telephone:   (678) 510-1444
Facsimile:    (678) 510-1450

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | CHAPTER 13 |
| ALLEN LAURENCE RICHARDSON ) | CASE NO.: 19-68019-LRC |
| ) | |
| ) | |
| DEBTOR. ) | |

## CERTIFICATE OF SERVICE

This is to certify that I have on this day electronically filed the foregoing Chapter 13 Trustee's Objection To Confirmation & Motion To Dismiss using the Bankruptcy Court's Electronic Case Filing program, which sends a notice of this document and an accompanying link to this document to the following parties who have appeared in this case under the Bankruptcy Court's Electronic Case Filing program:

Andrea Lynn Betts    abetts@rascrane.com
Shawn J. Eisenberg    se@myatllaw.com, myecfcalendar@gmail.com;myatllaw@gmail.com;info@myatllaw.com;notices@nextchapterbk.com;SlomkaTR74878@notify.bestcase.com;eisenlawfirm@gmail.com
Howard P. Slomka    se@myatllaw.com, myecfcalendar@gmail.com;myatllaw@gmail.com;info@myatllaw.com;notices@nextchapterbk.com;SlomkaTR74878@notify.bestcase.com;eisenlawfirm@gmail.com

I further certify that on this day I caused a copy of this document to be served via United States First Class Mail on the following parties at the address shown for each:

DEBTOR(S):
ALLEN LAURENCE RICHARDSON
574 HARALSON DRIVE SW
LILBURN, GA  30047

Dated: December 27, 2019

/s/Delaycee Rowland
Delaycee Rowland
Attorney for the Chapter 13 Trustee
GA Bar No. 773359
260 Peachtree Street, NW, Suite 200
Atlanta, GA 30303
Telephone:    (678) 510-1444
Facsimile:    (678) 510-1450