**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| IN RE:<br><br>**Allen Laurence Richardson,**<br><br>**aka Allen Lawrence Richardson,**<br><br>       **Debtor(s).** | **CHAPTER 13**<br>**CASE NO.: 19-68019-lrc** |
| _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ | _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ |
| **Selene Finance LP,**<br>                         Movant,<br>v.<br><br>**Allen Laurence Richardson,**<br>       **Debtor(s),**<br>**Melissa J. Davey,**<br>       **Trustee,**<br>                    Respondents. | CONTESTED MATTER |

## RE-NOTICE OF HEARING

**PLEASE TAKE NOTICE** that Selene Finance LP, has filed a Motion for Relief from the Automatic Stay and related papers with the Court seeking an order granting relief from the automatic stay.

**PLEASE TAKE FURTHER NOTICE** that the Court will hold a hearing on the motion in Courtroom 1204 at U. S. Courthouse, 75 Ted Turner Drive S.W., Atlanta, Georgia 30303, at **1:15 p.m.** on **May 12, 2020**.

Given the current public health crisis, hearings may be telephonic only. Please check the "Important Information Regarding Court Operations During COVID-19 Outbreak" tab at the top of the GANB Website prior to the hearing for instructions on whether to appear in person or by phone.

Your rights may be affected by the Court's ruling on these pleadings.  You should read these pleadings carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.) If you do not want the court to grant the relief sought in these pleadings or if you want the court to consider your views, then you and/or your attorney must attend the hearing.  You may also file a written response to the pleading with the Clerk at the address stated below, but you are not required to do so.  If you file a written response, you must attach a certificate stating when, how, and on whom (including addresses) you served the response.  Mail or

deliver your response so that it is received by the Clerk at least two business days before the hearing.  The address of the Clerk's Office is: Clerk, U.S. Bankruptcy Court, **75 Ted Turner Drive S.W., Atlanta, Georgia 30303.**  You must also mail a copy of your response to the undersigned at the address stated below.

If a hearing on the motion for relief from the automatic stay cannot be held within thirty (30) days, Movant waives the requirement for holding a preliminary hearing within thirty days of filing the motion and agrees to a hearing on the earliest possible date.  If a final decision cannot be rendered by the Court within sixty (60) days of the date of the request, Movant waives the requirement that the final decision be issued within that period. Movant consents to the automatic stay remaining in effect until the Court orders otherwise.

Date: April 9, 2020

**Robertson, Anschutz, Schneid & Crane, LLC**

/s/ Andrea L. Betts
Andrea L. Betts
Attorney for Creditor
Georgia Bar # 432863
Robertson, Anschutz, Schneid & Crane, LLC
10700 Abbott's Bridge Road, Suite 170
Duluth, GA  30097
Telephone: 470-321-7112
Fax: 404-393-1425
Email: abetts@rascrane.com

**CERTIFICATE OF SERVICE**

I certify that I am over the age of 18 and that on April 9, 2020, I served a copy of

the foregoing Notice of Hearing and Motion for Relief from Automatic Stay was served

by electronic mail or by first class U.S. Mail, with adequate postage prepaid on the

following persons or entities at the addresses stated:

Shawn J. Eisenberg
Slipakoff and Slomka, PC
Suite 2100
3350 Riverwood Parkway
Atlanta, GA 30339

Allen Laurence Richardson
574 Haralson Drive SW
Lilburn, GA 30047

Melissa J. Davey
Melissa J. Davey, Standing Ch 13 Trustee
Suite 200
260 Peachtree Street, NW
Atlanta, GA 30303


Date: April 9, 2020

                                  **Robertson, Anschutz, Schneid & Crane, LLC**

                                  /s/ Andrea L. Betts
                                  Andrea L. Betts
                                  Attorney for Creditor
                                  Georgia Bar # 432863
                                  Robertson, Anschutz, Schneid & Crane, LLC
                                  10700 Abbott's Bridge Road, Suite 170
                                  Duluth, GA  30097
                                  Telephone: 470-321-7112
                                  Fax: 404-393-1425
                                  Email: abetts@rascrane.com