UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 13 |
| | ) | |
| **ALLEN LAURENCE RICHARDSON,** | ) | CASE NO. **19-68019-LRC** |
| | ) | |
| DEBTOR. | ) | |
| - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - | | |
| **SELENE FINANCE LP,** | ) | |
| | ) | CONTESTED MATTER |
| Movant, | ) | PROCEEDING |
| | ) | |
| v. | ) | CHAPTER 13 |
| | ) | |
| **ALLEN LAURENCE RICHARDSON.,** | ) | |
| Debtor, and | ) | |
| **MELISSA J. DAVEY, Trustee,** | ) | |
| | ) | |
| Respondents. | ) | |

**NOTICE OF HEARING ON CHAPTER 13 TRUSTEE'S
MOTION TO CONVERT CASE TO CHAPTER 7**

**PLEASE TAKE NOTICE** that *Melissa J. Davey, Chapter 13 Trustee* has filed a *Motion to Convert Case to Chapter 7* and related papers with the Court seeking an *order for conversion to Chapter 7.*

**PLEASE TAKE FURTHER NOTICE** that the Court will hold a hearing on the *Motion* in Courtroom 1204, United States Courthouse, 75 Ted Turner Drive, SW, Atlanta, Georgia, at *9:15 A.M.* on *December 8, 2020*. Given the current public health crisis, hearings may be telephonic only. Please check the "Important Information Regarding Court Operations During COVID-19 Outbreak" tab at the top of the GANB Website prior to the hearing for instructions on whether to appear in person or by phone."

Your rights may be affected by the Court's ruling on these pleadings. You should read these pleadings carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one). If you do not want the Court to grant the relief sought in these pleadings or if you want the Court to consider your views, then you and/or your attorney must attend the hearing. You may also file a written response to the pleading with the Clerk at the address stated below, but you are not required to do so. If you file a written response, you must attach a certificate stating when, how and on whom (including addresses) you served the response. Mail or deliver your response so that it is received by the Clerk at least two (2) business days before the hearing. The address of the Clerk's Office is Clerk, U. S. Bankruptcy Court, Suite 1340, 75 Ted Turner Drive, Atlanta

Georgia 30303.  You must also mail a copy of your response to the undersigned at the address stated below.

This 12th day of November, 2020.

/s/
Mandy K. Campbell,
GA Bar No. 142676
Attorney for Melissa J. Davey, Chapter 13 Trustee
260 Peachtree Street, Suite 200
Atlanta, GA 30303
Telephone: 678-510-1444
Facsimile: 678-510-1450
mail@13trusteeatlanta.com

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 13 |
| | ) | |
| **ALLEN LAURENCE RICHARDSON,** | ) | CASE NO. **19-68019-LRC** |
| | ) | |
| DEBTOR. | ) | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

| | | |
|---|---|---|
| **SELENE FINANCE LP,** | ) | |
| | ) | CONTESTED MATTER |
| Movant, | ) | PROCEEDING |
| | ) | |
| v. | ) | CHAPTER 13 |
| | ) | |
| **ALLEN LAURENCE RICHARDSON.,** | ) | |
| Debtor, and | ) | |
| **MELISSA J. DAVEY, Trustee,** | ) | |
| | ) | |
| Respondents. | ) | |

**CHAPTER 13 TRUSTEE'S MOTION TO CONVERT CASE TO CHAPTER 7**

COMES NOW MELISSA J. DAVEY, Standing Chapter 13 Trustee in the above-styled case, and files this Motion to Convert Case to Chapter 7, and respectfully shows the court the following:

1.

Debtor filed this Chapter 13 case on November 8, 2019. The Plan, as confirmed February 20, 2020, provides a Plan payment of $1,565.00 per month, an applicable commitment period of thirty-six (36) months, and a dividend of one hundred percent (100%) to be paid to general unsecured creditors.

2.

Selene Finance LP, ("Creditor") filed a *Motion for Relief* on April 7, 2020 (Doc. No. 41) ("Motion"). At the hearing scheduled on November 10, 2020, neither Debtor nor Debtor's attorney appeared in opposition. Pursuant to the Motion filed by Selene Finance LP, there is a default in payments consisting of three (3) post-petition mortgage payments.

3.

Pursuant to proofs of claim filed by Selene Finance, LP; Educators Credit Union; and U.S. Department of Housing and Urban Development, the unpaid total debt amount owed by Debtor at the filing of the case was $90,321.60 for debts secured by real estate located at 2979 N 54th Street, Milwaukee, WI 53210 (the "real property").

4.

Pursuant to the Schedules filed by the Debtor, the value of the real property is $114,794.00. Debtor claims an exemption in the real property of $0.00. The property appears to potentially have substantial equity.

5.

Good cause exists to convert this case to a proceeding under Chapter 7, so a Chapter 7 Trustee may liquidate the real property for the benefit of creditors. Trustee has no funds on hand paid pursuant to the Plan and seeks a waiver of the filing fee for conversion.

WHEREFORE, based upon the foregoing, Trustee respectfully requests that the Chapter 13 case be converted to Chapter 7 and for such other relief as the Court deems just and proper.

Dated:   This the 12th day of November, 2020.

Respectfully submitted,

/s/
Mandy K. Campbell,
GA Bar No. 142676
Attorney for Melissa J. Davey, Chapter 13 Trustee
260 Peachtree Street, Suite 200
Atlanta, GA 30303
Telephone: 678-510-1444
Facsimile: 678-510-1450
mail@13trusteeatlanta.com

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 13 |
| | ) | |
| **ALLEN LAURENCE RICHARDSON**, | ) | CASE NO. **19-68019-LRC** |
| | ) | |
| DEBTOR. | ) | |

## CERTIFICATE OF SERVICE

This is to certify that I have on this day electronically filed the foregoing Motion to Convert Case to Chapter 7 and Notice of Hearing using the Bankruptcy Court's Electronic Case Filing program, which sends a notice of this document and an accompanying link to this document to the following parties who have appeared in this case under the Bankruptcy Court's Electronic Case Filing program:

Andrea Lynn Betts abetts@rascrane.com
Melissa J. Davey cdsummary@13trusteeatlanta.com, cdbackup@13trusteeatlanta.com
Shawn J. Eisenberg eisenlawfirm@gmail.com, myecfcalendar@gmail.com;myatllaw@gmail.com;info@myatllaw.com;notices@nextchapterbk.com;SlomkaTR74878@notify.bestcase.com
Howard P. Slomka HS@ATL.law, myecfcalendar@gmail.com;myatllaw@gmail.com;info@myatllaw.com;notices@nextchapterbk.com;SlomkaTR74878@notify.bestcase.com;eisenlawfirm@gmail.com
Lynn Marie Wilson lwilson@mmmlaw.com

I further certify that on this day I caused a copy of this document to be served via United States First Class Mail with adequate postage prepaid on the following parties at the address shown for each:

| DEBTOR: | U.S. TRUSTEE: |
|---|---|
| ALLEN LAURENCE RICHARDSON<br>574 HARALSON DRIVE SW<br>LILBURN, GA 30047 | NANCY J. GARGULA<br>UNITED STATES TRUSTEE<br>75 TED TURNER DRIVE, SW, ROOM 362<br>ATLANTA, GA 30303 |

Dated this 12th day of November, 2020.

/s/
Mandy K. Campbell,
GA Bar No. 142676
Attorney for Melissa J. Davey, Chapter 13 Trustee
260 Peachtree Street, Suite 200
Atlanta, GA 30303
Telephone: 678-510-1444
facsimile: 678-510-1450
mail@13trusteeatlanta.com