UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| ALLEN LAURENCE RICHARDSON, | ) | CASE NO.: 19-68019-LRC |
| | ) | |
| DEBTOR. | ) | CHAPTER 13 |
| | ) | |
| | ) | JUDGE LISA RITCHEY CRAIG |
| ------------------------------------------------------- | ) | |
| | ) | |
| MELISSA J. DAVEY, | ) | |
| STANDING CHAPTER 13 TRUSTEE, | ) | |
|     Movant, | ) | |
| | ) | |
| v. | ) | CONTESTED MATTER |
| | ) | |
| ALLEN LAURENCE RICHARDSON, | ) | |
|     Respondent. | ) | |
| | ) | |
| | ) | |
| ------------------------------------------------------- | | |

## MOTION TO DISMISS

Melissa J. Davey, Trustee in the above styled matter, respectfully shows the Court as follows:

1.      Pursuant to Debtor Chapter 13 Plan confirmed on February 20, 2020, Debtor is required to make payments in the amount of $1,565.00 to the Trustee.

2.      Debtor has failed to make the payments due under the Plan. The total amount due under the Plan is $49,790.00. Debtor has only paid a total of $37,472.00, resulting in a delinquency in the amount of $12,318.00 in violation of 11 U.S.C. §§1307(c)(1) and 1307(c)(6).

3.      Debtor's Plan will exceed 63 months in violation of 11 U.S.C. §§1307(c)(1) and 1307(c)(6); see also 11 U.S.C. §1322(d);  see also 11 U.S.C. § 1322(d); and this Court's order dated December 7, 2020 (Doc No. 49.)

Wherefore, Trustee respectfully requests that this case be dismissed pursuant to 11 U.S.C. §1307(c).

Dated: July 14, 2022                    Prepared and Presented by:

                                        /s/ Mandy K. Campbell
                                        Mandy K. Campbell
                                        Attorney for Chapter 13 Trustee
                                        GA Bar No. 142676
                                        233 Peachtree Street, NE, Suite 2250
                                        Atlanta, GA 30303
                                        (678) 510-1444 Phone
                                        (678) 510-1450 Fax
                                        mail@13trusteeatlanta.com

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | CASE NO.:  19-68019-LRC |
| ALLEN LAURENCE RICHARDSON, | ) | |
| | ) | CHAPTER 13 |
| DEBTOR. | ) | |
| | ) | JUDGE LISA RITCHEY CRAIG |
| | ) | |
| ------------------------------------------------------------- | ) | |
| | ) | |
| MELISSA J. DAVEY, | ) | |
| STANDING CHAPTER 13 TRUSTEE, | ) | |
| Movant, | ) | |
| | ) | |
| v. | ) | CONTESTED MATTER |
| | ) | |
| ALLEN LAURENCE RICHARDSON, | ) | |
| Respondent. | ) | |
| | ) | |
| | ) | |
| ------------------------------------------------------------- | | |

## NOTICE OF HEARING ON MOTION TO DISMISS

**PLEASE TAKE NOTICE** that Melissa J. Davey, Standing Chapter 13 Trustee, has filed a Motion to Dismiss and related papers with the Court seeking an order dismissing the case.

**PLEASE TAKE FURTHER NOTICE** that the Court will hold an initial telephonic hearing for announcements on the Motion to Dismiss at the following number: **833-568-8864**; access code: **161 346 1602 at 9:45 AM on August 23, 2022,** in **the U.S Courthouse, Richard B. Russell Building, 75 Ted Turner Drive S.W., Courtroom 1204, Atlanta, Georgia 30303-3367**.

Matters that need to be heard further by the Court may be heard by telephone, by video conference, or in person, either on the date set forth above or on some other day, all as determined by the Court in connection with this initial telephonic hearing. Please review the "Hearing Information" tab on the judge's webpage, which can be found under the "Dial-in and Virtual Bankruptcy Hearing Information" link at the top of the webpage for this Court, www.ganb.uscourts.gov for more information.

Your rights may be affected by the Court's ruling on these pleadings. You should read these pleadings carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.) If you do not want to Court to grant the relief sought in these pleadings or if you want the Court to consider your views, then you and/or your attorney must attend the hearing. You may also file a written response to the pleading with the Clerk at the address stated below, but you are not required to do so. If you file a written response, you must attach a certificate stating when, how, and on whom (including addresses) you served the response. Mail or deliver your response so that it is received by the Clerk at least two business days before the hearing. The address of the **Clerk's Office** is **1340 U.S. Courthouse (and Richard B. Russell Federal Building), 75 Ted Turner Drive S.W., Atlanta, GA 30303-3367**. You may also mail a copy of your response to the undersigned at the address stated below.

Dated: July 14, 2022

Prepared and Presented by:

/s/ Mandy K. Campbell
Mandy K. Campbell
Attorney for Chapter 13 Trustee
GA Bar No. 142676
233 Peachtree Street, NE, Suite 2250
Atlanta, GA 30303
(678) 510-1444 Phone
(678) 510-1450 Fax
mail@13trusteeatlanta.com

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

IN RE:                                                )
                                                      )
ALLEN LAURENCE RICHARDSON,                            )        CASE NO.:  19-68019-LRC
                                                      )
        DEBTOR.                                       )        CHAPTER 13
                                                      )
                                                      )        JUDGE LISA RITCHEY CRAIG
-----------------------------------------------------------
                                                      )
MELISSA J. DAVEY,                                     )
STANDING CHAPTER 13 TRUSTEE,                          )
        Movant,                                       )
                                                      )
                                                      )
v.                                                    )        CONTESTED MATTER
                                                      )
ALLEN LAURENCE RICHARDSON,                            )
        Respondent.                                   )
                                                      )
                                                      )

-----------------------------------------------------------------

**CERTIFICATE OF SERVICE**

        I certify that on this day I caused a copy of this Chapter 13 Trustee's Motion to Dismiss to be served via United States First Class Mail with adequate postage prepaid on the following parties at the address shown for each:

 ALLEN LAURENCE RICHARDSON
 574 HARALSON DRIVE SW
 LILBURN, GA  30047

        I further certify that I have on this day electronically filed the foregoing Chapter 13 Trustee's Motion to Dismiss using the Bankruptcy Court's Electronic Case Filing program, which sends a notice of this document and an accompanying link to this document to the following parties who have appeared in this case under the Bankruptcy Court's Electronic Case Filing program:

**Attorney for the Debtor(s):**
SLIPAKOFF & SLOMKA, PC

Dated: July 14, 2022

Prepared and Presented by:

/s/ Mandy K. Campbell
Mandy K. Campbell
Attorney for Chapter 13 Trustee
GA Bar No. 142676
233 Peachtree Street, NE, Suite 2250
Atlanta, GA 30303
(678) 510-1444 Phone
(678) 510-1450 Fax
mail@13trusteeatlanta.com